Mi... Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 6126 | DATE | 11/27/2001 |
| CASE TITLE | Ann Weaver vs. Indiana Harbor Belt RR Co. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant moves for transfer of the action to the Northern District of Indiana, pursuant to 28 U.S.C. Section 1404(a). That motion is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | NOV 29 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| ✓ | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH courtroom deputy's initials | | 01 NOV 27 PM 4:30 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANN WEAVER, )
)
       Plaintiff, )
)
vs. ) No. 01 C 6126
)
INDIANA HARBOR BELT )
RAILROAD COMPANY, )
)
       Defendant. )

DOCKETED
NOV 29 2001

### MEMORANDUM OPINION AND ORDER

Plaintiff, a resident of Indiana, brings this FELA action against her Indiana employer for injuries sustained in Indiana. Defendant moves for transfer of the action to the Northen District of Indiana, pursuant to 28 U.S.C. §1404(a). That motion is granted.

The courthouse in Hammond is not far from Chicago and virtually all the potential witnesses are within the subpoena range of Fed.R.Civ.P. 45. Thus litigation here would not be excessively inconvenient. But this case has no ties to Illinois other than plaintiff's counsel (and that does not count) and a couple of doctors designated by the defendant, and they live closer to Hammond than to downtown Chicago. All the other witnesses, except for one who now resides in Florida, live in Indiana, and almost all of them reside or work east of Hammond and would have to come through Hammond on the way to Chicago. Further, a potential third party defendant is located in Indiana.

My colleagues have on various occasions transferred similar cases to the Northern District of Indiana. See Albin v. Indiana Harbor Belt Railroad Company, 96 C 5361 (Judge James Alesia); Gasda v. Indiana Harbor Belt Railroad Co., 1999 WL 592098 (N.D. Ill.) (Judge Rebecca R. Pallmeyer); Certa v. Indiana Harbor Belt Railroad, Memorandum Opinion and



Order, 98 C 3595 (Judge Joan Gottschall); <u>Brill v. Indiana Harbor Belt Railroad</u>, 98 C 3568 (Judge Charles Norgle); <u>Smith v. IHB</u>, 97 C 1841 (Judge David Coar); <u>Cosme v. Indiana Harbor Belt Railroad</u>, 98 C2525 (Judge James F. Holderman); and <u>Diaz v. Indiana Harbor Belt Railroad</u>, 99 C 2247 (Judge George W. Lindberg). There may well be a feeling that filing Indiana-based cases here has an element of forum shopping. In any event, litigating in Hammond is more convenient for everyone, parties and witnesses; and the interest of justice, given Indiana's interest and Illinois' lack of interest in this controversy, also supports transfer.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 27, 2001.